**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL NO.: 7:20-CV-171 |
| | ) | |
| 4.9693 ACRES OF LAND, MORE OR LESS, | ) | |
| SITUATE IN STARR COUNTY, STATE OF | ) | |
| TEXAS, AND SERVANDO LUERA, ET AL. | ) | |
| | ) | |
| Defendants. | ) | |

_____

### COMPLAINT IN CONDEMNATION
_____

1.      This is a civil action brought by the United States of America at the request of the Secretary of the Department of Homeland Security, through [the Acquisition Program Manager, Wall Program Management Office, U.S. Border Patrol Program Management Office Directorate, U.S. Border Patrol, U.S. Customs and Border Protection, Department of Homeland Security], for the taking of property under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2.      The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3.      The interest in property taken herein is under and in accordance with the authority set forth in Schedule "A."

4.      The public purpose for which said interest in property is taken is set forth in Schedule "B."

5.      The legal description and map or plat of land in which certain interests are being acquired by the filing of this Complaint, pursuant to the Declaration of Taking, are set forth in

Schedules "C" and "D."

6.      The interest being acquired in the property described in Schedules "C" and "D" is set forth in Schedule "E."

7.      The amount of just compensation estimated for the property interest being acquired is set forth in Schedule "F."

8.      The names and addresses of known parties having or claiming an interest in said acquired property are set forth in Schedule "G."

9.      Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and eligible.

WHEREFORE, Plaintiff requests judgment that the interest described in Schedule "E" of the property described in Schedules "C" and "D" be condemned, and that just compensation for the taking of said interest be ascertained and awarded, and for such other relief as may be lawful and proper.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney
Southern District of Texas

By:      *s/ Manuel Muniz Lorenzi*
MANUEL MUNIZ LORENZI
Assistant United States Attorney
Southern District of Texas No. 338159
Puerto Rico Bar No. 21246
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone:  (956) 618-8010
Facsimile:  (956) 992-9425
E-mail:  Manuel.Muniz.Lorenzi@usdoj.gov

# SCHEDULE A

## SCHEDULE A

## AUTHORITY FOR THE TAKING

The property is taken under and in accordance with 40 U.S.C. §§ 3113 and 3114, which authorize the condemnation of land and the filing of a Declaration of Taking; the Act of Congress approved September 30, 1996, as Public Law 104-208, Division C, Section 102, 110 Stat. 3009-546, 3009-554-55, as amended and codified at 8 U.S.C. § 1103(b) & note; and the Act of Congress approved March 23, 2018, as Public Law 115-141, div. F, tit. II, 132 Stat. 348, which appropriated the funds that shall be used for the taking.

# SCHEDULE B

## **SCHEDULE B**

<u>PUBLIC PURPOSE</u>

The public purpose for which said property is taken is to construct, install, operate, and maintain a border security tower, roads, fencing, vehicle barriers, security lighting, cameras, sensors, and related structures designed to help secure the United States/Mexico border within the State of Texas.

# SCHEDULE C

**SCHEDULE C**

LEGAL DESCRIPTION

Starr County, Texas

Tract:  RGV-RGC-T1105E-1
Owner:  Servando Luera, et al
Acres:  4.051

BEING a tract of land situated in the Juan De Dios Garcia Survey, Abstract Number 326,
Porcion 59, Starr County, Texas, being part of a called 197.20 acre tract of land less
called 5.05 acres and less called 0.85 acres leaving 191.30 net acres (191.30 acre tract) of
land described in Deed of Gift to Servando Luera, as recorded in Volume 771, Page 781
of the Official Records of Starr County, Texas, and being more particularly described by
metes and bounds as follows:

COMMENCING at a found I-inch iron pipe for an interior comer of said 191.30 acre
tract and for a corner of a called 95.00 acre tract described in a Gift Deed to Servando
Luera as recorded in Volume 771, Page 784 of the Official Records of Starr County,
Texas, from which a found 1/2-inch iron rod for the most Northerly comer of said 191.30
acre tract and in the Southeast line of said 95.00 acre tract bears, North 54° 25' 26" East,
a distance of 971.20 feet;

THENCE, over and across said 191.30 acre tract, South 35° 25' 17" East, a distance of
587.56 feet, to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" for the
POINT OF BEGINNING of the herein described tract, having coordinates of: Northing:
16,721,613.57, Easting: 774,661.26;

THENCE, over and across said 191.30 acre tract, South 32° 37' 32" East, a distance of
20.00 feet, to a set 5/8-inch iron rod with a 2-inch aluminum cap stamped
RVG-RVC-T1105E-CORNER#l for corner of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, South 57° 22' 28" West, a
distance of 200.00 feet, for an exterior corner of the herein described tract;

THENCE, over and across said 191.30 acre, South 32° 37' 32" East, a distance of 40.00
feet;

THENCE, continuing over and across said 191.30 acre tract, South 57° 22' 28" West, a
distance of 2559.88 feet to a set 1/2-inch iron rod with plastic cap stamped "HALFF
ESMT" being an angle point of the herein described tract;

## SCHEDULE C - CONTINUED

### LEGAL DESCRIPTION

THENCE, continuing over and across said 191.30 acre tract, South 74° 32' 45" West, a distance of 45.57 feet to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" being an angle point of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, North 65° 02' 22" West, a distance of 208.91 feet to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" being an angle point of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, North 46° 45' 04" West, a distance of 159.84 feet to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" on a northwesterly line of said 191.30 acre tract;

THENCE, along said No1ihwesterly line of said 191.30 acre tract, N01ih 51 ° 44' 03" East, a distance of 37.09 feet to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" being a westerly corner of said 191.30 acre tract and the Southerly of Chapeno Road, as occupied;

THENCE, along the common line of said 191.30 acre tract and said Chapeno Road, South 46° 45' 04" East, a distance of 139.59 feet, to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" in said common line and angle point of the herein described tract;

THENCE, continuing along said common line, N 55° 38' 33" East, a distance of 23.87 feet, to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" to a point in said line and for an angle point of the herein described tract;

THENCE, over and across said 191.30 acre, South 65° 02' 22" East, a distance of 177.17 feet, to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" for an interior corner of the herein described tract;

THENCE, over and across said 191.30 acre, N01ih 74° 32' 45" East, a distance of 14.43 feet, to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT" for an interior corner of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, North 57° 22' 28" East, a distance of 2750.82 to the POINT OF BEGINNING containing 4.051 acres (176,462 square feet).

## SCHEDULE C - CONTINUED

## LEGAL DESCRIPTION

Tract:  RGV-RGC-T1105E-2
Owner:  Servando Luera, et al
Acre:  0.9183

BEING a tract of land situated in the Juan De Dias Garcia Survey, Abstract Number 326, Porcion 59, Starr County, Texas, being part of a called 197.20 acre tract of land less called 5.05 acres and less called 0.85 acres leaving 191.30 net acres (191.30 acre tract) of land described in Deed of Gift to Servando Luera, as recorded in Volume 771, Page 781 of the Official Records of Starr County, Texas, and being more particularly described by metes and bounds as follows:

COMMENCING at a found 1-inch iron pipe for an interior corner of said 191.30 acre tract and for a corner of a called 95.00 acre tract described in a Gift Deed to Servando Luera as recorded in Volume 771, Page 784 of the Official Records of Starr County, Texas, from which a found 1/2-inch iron rod for the most Northerly corner of said 191.30 acre tract and in the Southeast line of said 95.00 acre tract bears, North 54° 25' 26" East, a distance of 971.20 feet;

THENCE, over and across said 191.30 acre tract, South 35° 25' 36" East, a distance of 587.56 feet, to a set 1/2-inch iron rod with plastic cap stamped "HALFF ESMT";

THENCE, continuing over and across said 191.30 acre tract, South 32° 37' 32" East, a distance of 20.0 feet, to a set 5/8-inch iron rod with a2-inch aluminum cap stamped RVG-RVC-T1105E-CORNER#l for the POINT OF BEGINNING of the herein described tract, having coordinates of: Northing: 16,721,596.73, Easting: 774,672.05;

THENCE, continuing over and across said 191.30 acre tract, South 32° 37' 32" East, a distance of 200.00 feet, to the East corner of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, South 57° 22' 28" West, a distance of 200.00 feet, to the South corner of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, North 32° 37' 32" West, a distance of 200.00 feet, to the West corner of the herein described tract;

THENCE, continuing over and across said 191.30 acre tract, N 57° 22' 28" East, a distance of 200.00 feet, to the POINT OF BEGINNING containing 0.9183 of an acre (40,000 square feet);

# SCHEDULE D

## SCHEDULE D

## MAP or PLAT

## LAND TO BE CONDEMNED



Tracts: RGV-RGC-T1105E-1
RGV-RGC-T1105E-2
Owner: Servando Luera, et al
Acreage: 4.9693

## SCHEDULE D - CONTINUED

## MAP or PLAT

## LAND TO BE CONDEMNED



Tracts: RGV-RGC-T1105E-1
   RGV-RGC-T1105E-2
Owner: Servando Luera, et al
Acreage: 4.9693

# SCHEDULE D - CONTINUED

## MAP or PLAT

### LAND TO BE CONDEMNED



Tracts:  RGV-RGC-T1105E-1
         RGV-RGC-T1105E-2
Owner:  Servando Luera, et al
Acreage:  4.9693

### SCHEDULE D - CONTINUED

MAP or PLAT

LAND TO BE CONDEMNED



Tracts:  RGV-RGC-T1105E-1
         RGV-RGC-T1105E-2
Owner:  Servando Luera, et al
Acreage:  4.9693

## SCHEDULE D - CONTINUED

### MAP or PLAT

### LAND TO BE CONDEMNED



Tracts: RGV-RGC-T1105E-1
        RGV-RGC-T1105E-2
Owner: Servando Luera, et al
Acreage: 4.9693

# SCHEDULE E

## SCHEDULE E

<u>ESTATE TAKEN</u>

Starr County, Texas

Tract:  RGV-RGC-T1105E-1
Owner:  Servando Luera, et al
Acres:  4.051

Road and Utility Easement

A non-exclusive, temporary, and assignable easement and right-of-way in, on, over, under and across the land described in Schedule C, for a period not to exceed four years, beginning with date of possession of the land is granted to the United States, for use by the United States, its representatives, agents and contractors for the location, construction, operation, maintenance, alteration and replacement of a road and aboveground and underground utility lines and appurtenances thereto; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere within the right-of-way; subject to existing easements for public roads and highways, public utilities, railroads and pipelines; reserving however, to the owners, their heirs and assigns, the right to use the surface of such land as access to their adjoining land or for any other use consistent with its use as a road.

**SCHEDULE E - CONTINUED**

<u>ESTATE TAKEN</u>

Tract:  RGV-RGC-T1105E-2
Owner:  Servando Luera, et al
Acre:  0.9183

Tower Site Easement

An exclusive, temporary, and assignable easement and right-of-way, in, on, over and across the land described in Schedule C, for a period not to exceed four years, beginning with date of possession of the land is granted to the United States, for use by the United States, its representatives, agents and contractors for the location, construction, operation, maintenance, alteration, repair, and patrol of re-locatable tower(s) and associated facilities; together with the right to trim, cut, fell and remove any vegetative or structural obstacles that interfere within the easement corridor; subject to existing easements for public roads and highways, public utilities, railroads and pipelines.

# SCHEDULE F

## **SCHEDULE F**

## ESTIMATE OF JUST COMPENSATION

The sum estimated as just compensation for the lands being taken is THREE THOUSAND DOLLARS AND NO/100 ($3,000.00), to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.

# SCHEDULE G

## SCHEDULE G

### INTERESTED PARTIES

The following table identifies all persons who have or claim an interest in the property condemned and whose names are now known, indicating the nature of each person's property interest(s) as indicated by references in the public records and any other information available to the United States. See Fed. R. Civ. P. 71.1(c).

| Interested Party | Reference |
| --- | --- |
| **Servando Luera**<br><br>Falcon Heights, Texas ▮ | Gift Deed, Document #1997-189307; Recorded January 22, 1997, Vol. 771, pg. 781, Official Records of Starr County<br><br> And<br><br>Gift Deed, Document #1997-190070, Recorded March 10, 1997, Vol. 778, pg. 300, Official Records of Starr County |
| **Unknown Heirs of Quirino Villareal** | Decree of Partition, Recorded February 5, 1935, Vol. 75, pg. 212, Official Records of Starr County |
| **Unknown Heirs of Josepha Quintana de Soto** | Partition Decree, Recorded 5 February 1935, Vol. 75, pg. 212, Official Records of Starr County |
| **Castulo Antonio de la Cruz or his heirs** | Warranty Deed, Document #1951-32611, Recorded February 12, 1951, Vol. 165, pg. 96, Official Records of Starr County |
| **Ameida Salinas**<br>Starr County Tax Assessor-Collector<br>100 N. FM 3167, Room 201<br>Rio Grande Valley, Texas 75882 | |

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a)  PLAINTIFFS**

**DEFENDANTS**

**(b)**  County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)**  Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

☐ 1   U.S. Government
       Plaintiff

☐ 3   Federal Question
       *(U.S. Government Not a Party)*

☐ 2   U.S. Government
       Defendant

☐ 4   Diversity
       *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV.  NATURE OF SUIT** *(Place an "X" in One Box Only)*                Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

**V.  ORIGIN** *(Place an "X" in One Box Only)*

☐ 1   Original Proceeding
☐ 2   Removed from State Court
☐ 3   Remanded from Appellate Court
☐ 4   Reinstated or Reopened
☐ 5   Transferred from Another District *(specify)*
☐ 6   Multidistrict Litigation - Transfer
☐ 8   Multidistrict Litigation - Direct File

**VI.  CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII.  REQUESTED IN COMPLAINT:**

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☐ No

**VIII.  RELATED CASE(S) IF ANY**

*(See instructions):*    JUDGE _____    DOCKET NUMBER _____

DATE _____

SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____